AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

SCOTT FRIEDUS,

             Plaintiff,                  **JUDGMENT IN A CIVIL CASE**

   V.

                                           CASE NUMBER: **3:11-CV-00384-RCJ-WGC**

COUNTRYWIDE BANK, FSB, et al.,

             Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss and Expunge Lis Pendens (dkt #8) is GRANTED. **IT IS FURTHER ORDERED AND ADJUDGED** that the lis pendens is EXPUNGED.

   ___10/11/2011___                         **LANCE S. WILSON**
                                               Clerk

                                   ___/s/ P. McDonald___
                                        Deputy Clerk